IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF SOUTH CAROLINA

ANDERSON DIVISION

**FILED**
SEP 1 4 1999
LARRY W. PROPES, CLERK
U. S. DISTRICT COURT

| | |
|---|---|
| TRAVIS CRANE, individually, and on behalf of all others similarly situated in the STATE OF SOUTH CAROLINA, <br><br> Plaintiff, <br><br> vs. <br><br> BASF AKTIENGESELLSCHAFT, F. HOFFMAN-LAROCHE, LTD., RHONE-POULENC SA, DEGUSSA AG, and LONZA AG, <br><br> Defendants. | Case No.: 8:99-2365-13 <br><br><br><br> **ORDER** |

The time for the defendants, BASF Aktiengesellschaft ("BASF"), Rhone-Poulenc, S.A. ("Rhone-Poulenc"), and F. Hoffman-LaRoche, Ltd. ("Roche") (together, "Defendants"), to answer, move or otherwise respond to Plaintiffs' complaint is extended to twenty (20) days after the Judicial Panel on Multidistrict Litigation issues an order either (i) transferring and consolidating this case with *In re Vitamin Antitrust Litigation,* Misc. No. 99-197 (TFH), MDL 1285 or (ii) denying the transfer and consolidation. All defenses, including specifically the defenses of insufficiency of service of process and lack of personal jurisdiction, are preserved.

Honorable
Judge of the District Court

Dated: Sept 10, 1999.

